UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY EDWARDS,<br><br>　　Plaintiff,<br><br>v.<br><br>SEABOURN CRUISE LINE LIMITED, and XYZ CORPORATION(S),<br><br>　　Defendants. | CASE NO. 2:21-CV-00313<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and pursuant to the Plaintiff's Notice of Settlement, [D.E. 3], the Plaintiff hereby dismisses, with prejudice, all claims in this action, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Jason R. Margulies*
**JASON R. MARGULIES**
WSBA #54741
jmagulies@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.

SEATTLE OFFICE:
5608 17th Ave. NW, Suite 967
Seattle, WA 98107

MIAMI OFFICE:
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
305.373.3016 (T)
305.373.6204 (F)
*Attorneys for Plaintiff*

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Jason R. Margulies*
**JASON R. MARGULIES**